**Opinion issued March 7, 2024**



In The

# Court of Appeals

**For The**

# First District of Texas

————————————

**NO. 01-23-00934-CV**

————————————

**IN RE FOUR OAKS PLACE OPERATING, LP, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Four Oaks Place Operating, LP, filed a petition for writ of mandamus challenging the trial court's November 27, 2023 order granting the "Amended Motion to Quash Jury Demand and Payment of Jury Fee" filed by real party in interest, David Allen.[1]  In its mandamus petition, relator requested that the Court issue a writ of mandamus directing the trial court to "vacate its November 27, 2023 [o]rder granting Allen's motion to quash [relator's] jury demand."

---

[1]  The underlying case is *David Allen v. Four Oaks Place Operating, LP*, Cause No. 2020-81924, in the 295th District Court of Harris County, Texas, the Honorable Donna Roth presiding.

On January 11, 2024, the parties filed a "Joint Notice of Settlement and Motion to Abate Deadlines." In the motion, the parties notified the Court that they had "recently reached an agreement that would resolve the case" and requested that the original proceeding be abated to allow for "finalizing the terms of the settlement and [to] prepar[e] the necessary settlement documents." On January 18, 2024, the Court granted the parties' motion and abated this original proceeding.

On February 27, 2024, relator filed a "Motion to Dismiss Original Proceeding." In the motion, relator stated that the parties had "finalized the relevant settlement documents, which renders pursuit of this [original proceeding] unnecessary." Accordingly, relator requested that the "Court dismiss this mandamus proceeding."

Relator's motion includes a certificate of conference stating that real party in interest is agreed to the relief requested in the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2).

Accordingly, we reinstate this original proceeding on the Court's active docket, grant relator's motion, and dismiss the petition for writ of mandamus. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.